

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS

Joe Hunsinger

Plaintiff Pro-Se'

Case No: 3-13-CV-4405-G

V.

GLASS MOUNTAIN CAPITAL, LLC.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, hereby states as follows:
1. The Plaintiff and the Defendant Glass Mountain Capital, LLC. have reached a settlement.
2. The Parties will be filing an Order of Dismissal with Prejudice once the settlement terms have been completed by the Parties. The Parties expect this to happen by December 20, 2012.

Respectfully submitted December 13, 2013.

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon the Defendant Glass Mountain Capital, LLC. on December 13, 2013

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677