IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

Joe Hunsinger

Plaintiff Pro-Se'

Case No: 3-13-CV-4405-G

V.

GLASS MOUNTAIN CAPITAL, LLC.

### STIPULATED OF DISMISSAL FOR GLASS MOUNTAIN CAPITAL, LLC

It is hereby stipulated and agreed by Plaintiff and the Defendant **Glass Mountain Capital, LLC** that the parties hereby stipulate to the dismissal of Glass Mountain Capital, LLC **with prejudice** and request that a judgment of dismissal for Glass Mountain Capital to entered in the above entitled action pursuant hereto.

Respectfully submitted December 17, 2013.

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon the Defendant Glass Mountain Capital, LLC. on December 17, 2013

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677