UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-4405-G (BN) |
| BILL ME LATER, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to FED. R. CIV. P. 41(a), plaintiff has filed a stipulation of dismissal with prejudice as to defendant Glass Mountain Capital, LLC.  Accordingly, the claims as to defendant Glass Mountain Capital, LLC are **DISMISSED** with prejudice.

**SO ORDERED**.

December 19, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**A. JOE FISH**
　　　　　　　　　　　　　　　　　　　　　　　　**Senior United States District Judge**