# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF TEXAS

Joe Hunsinger
Plaintiff Pro-Se'

Case No: 3-13-CV-4405-G

V.
BILL ME LATER, INC.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, hereby states as follows:

1. The Plaintiff and the Defendant Bill Me Later, Inc. have reached a settlement.
2. The Parties will be filing an Order of Dismissal with Prejudice once the settlement terms have been completed by the Parties. The Parties expect this to happen by January 23, 2014.

Respectfully submitted December 27, 2013.

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon the Defendant Bill Me Later, Inc. via regular mail on December 27, 2013

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677