

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS

Joe Hunsinger

Plaintiff Pro-Se'                                    Case No: 3-13-CV-4405-G-BN

V.

AMERICAN CORADIUS INTERNATIONAL, LLC

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, hereby states as follows:
1. The Plaintiff and the Defendant American Coradius International, LLC. have reached a settlement.
2. The Parties will be filing an Order of Dismissal with Prejudice once the settlement terms have been completed by the Parties. The Parties expect this to happen by January 31, 2014.

Respectfully submitted January 3, 2014.

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon the Defendants attorney via regular mail on January 3, 2014

_____
Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 7 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217

DISTRICT CLERK
COURT CLERK
1100 Commerce St., Room 1452
Dallas, TX 75242

NORTH TEXAS TX PDC
DALLAS TX 750
04 JAN 2014 PM 5 L

7524213105 2