IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

Joe Hunsinger
Plaintiff Pro-Se'

Case No: 3-13-CV-4405-G

V.

AMERICAN CORADIUS INTERNATIONAL, LLC.

**STIPULATED OF DISMISSAL FOR AMERICAN CORADIUS INTERNATIONAL, LLC.**

It is hereby stipulated and agreed by Plaintiff and the Defendant **American Coradius International, LLC.** that the parties hereby stipulate to the dismissal of American Coradius International, LLC. **with prejudice** and request that a judgment of dismissal for American Coradius International, LLC. to entered in the above entitled action pursuant hereto.

Respectfully submitted January 21, 2014.

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas  75217
Joe75217@gmail.com
214-682-7677

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing has been served upon the Defendant's attorney via regular mail on January 21, 2014

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas  75217
Joe75217@gmail.com
214-682-7677