# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS

Joe Hunsinger
Plaintiff Pro-Se'

Case No: 3-13-CV-4405-G

V.

BILL ME LATER, INC.

## STIPULATED OF DISMISSAL FOR BILL ME LATER, INC.

It is hereby stipulated and agreed by Plaintiff and the Defendant **Bill Me Later, Inc.** that the parties hereby stipulate to the dismissal of Bill Me Later, Inc. **with prejudice** and request that a judgment of dismissal for Bill Me Later, Inc. to entered in the above entitled action pursuant hereto.

Respectfully submitted January 21, 2014.

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon the Defendant's attorney via regular mail on January 21, 2014

Joe Hunsinger
7216 C.F. Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677