UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-4405-G |
| AMERICAN CORADIUS | ) | |
| INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Based on the stipulation of plaintiff Joe Hunsinger and defendant American Coradius International, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the above-entitled action against American Coradius International, LLC is **DISMISSED** with prejudice.

January 22, 2014.

_____
A. JOE FISH
**Senior United States District Judge**